# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA BRYSON CITY DIVISION

| | |
|---|---|
| **BOBBY LEE VERDIER** as Executor of the Estate of Howard Lee Verdier, </br></br>Plaintiff </br></br> v </br></br> **WESTERN FORGE CORPORATION,** </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) </br> **CIVIL NO. 2:06cv015** |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Andrew S. Culbreath, of the law firm of Love, Thornton, Arnold & Thomason, P.A., to appear as counsel for the plaintiff in this matter filed on May 25, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Andrew S. Culbreath is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: May 30, 2006

Dennis L. Howell
United States Magistrate Judge