# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| | | |
|---|---|---|
| BOBBY LEE VERDIER, as Executor of the Estate of Howard Lee Verdier, | ) ) ) | |
| Plaintiff, | ) ) | |
| v | ) ) | |
| WESTERN FORGE CORPORATION, | ) ) | CIVIL NO. 2:06-CV-15 |
| Defendant. | ) ) | |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of James F. Hughey, III of the law firm of Lightfoot, Franklin & White, L.L.C., to appear as additional counsel for the defendant in this matter filed on June 19, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that James F. Hughey, III is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: June 20, 2006

Dennis L. Howell
United States Magistrate Judge